1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10    VARGAS ALEJANDRO HERNANDEZ,        CASE NO. 1:12-cv-00911-AWI-GBC (PC)

11                       Plaintiff,        ORDER STRIKING COMPLAINT AND
                                           REQUIRING PLAINTIFF TO FILE SIGNED
12         v.                              COMPLAINT FORM AND EITHER FILE
                                           APPLICATION TO PROCEED IN FORMA
13    SIX UNKNOWN NAMES AGENTS or MR.      PAUPERIS OR PAY FILING FEE WITHIN
      PRESIDENT OF THE UNITED STATES       FOURTEEN DAYS
14    BARACK OBAMA,
                                           Doc. 1
15                       Defendant.
                                         /
16

17        On June 4, 2012, Plaintiff filed what was construed as a civil rights complaint. The complaint

18   is not signed and it sets forth no intelligible claims for relief. The Court cannot consider unsigned

19   filings and the complaint shall be stricken from the record for that reason. Plaintiff has fourteen days

20   to file a signed complaint that complies with Federal Rule of Civil Procedure 8(a).[1] Plaintiff must

21   also either file a motion seeking leave to proceed in forma pauperis or pay the $350.00 filing fee in

22   full.

23

24

25        [1] A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief.
     . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of
     a cause of action, supported by mere conclusory statements, do not suffice." *Ashcroft v. Iqbal*, 556 U.S. 662, __, 129
26   S. Ct. 1937, 1949 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 (2007)). While a plaintiff's
     allegations are taken as true, courts "are not required to indulge unwarranted inferences." *Doe I v. Wal-Mart Stores, Inc.*,
27   572 F.3d 677, 681 (9th Cir. 2009). To state a viable claim for relief, Plaintiff must set forth factual allegations sufficient
     to state a plausible claim for relief. *Iqbal*, 129 S. Ct. at 1949-50; *Moss v. U.S. Secret Service*, 572 F.3d 962, 969 (9th Cir.
28   2009). The mere possibility of misconduct falls short of meeting this plausibility standard. *Iqbal*, 129 S. Ct. at 1949-50;
     *Moss*, 572 F.3d at 969.

1        Accordingly, IT IS HEREBY ORDERED that:

2     **1.**        Plaintiff's complaint is stricken from the record for lack of signature;

3     **2.**        The Clerk's Office shall send Plaintiff a *Bivens* complaint form and an application

4          to proceed in forma pauperis;

5     **3.**        Within **fourteen (14) days** from the date of service of this order, Plaintiff must file

6          a signed complaint and either file a motion seeking leave to proceed in forma

7          pauperis or pay the $350.00 filing fee for this action; and

8     **4.**        **The failure to comply with this order will result in dismissal of this action.**

9   IT IS SO ORDERED.

10

Dated:     June 5, 2012

11                               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28